UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. C., a minor, by and through her mother, Gretta Caraballo, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LINCOLN MILITARY PROPERTY MANAGEMENT LP, et al.,<br><br>Defendants. | Case No.:   21CV2070-JLS (BLM)<br><br>**ORDER GRANTING IN PART JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE**<br><br>**[ECF NO. 25]** |

On February 1, 2022, Defendants Rheem Manufacturing Company and Camp Pendleton & Quantico Housing, LLC, answered Plaintiff's amended complaint.  ECF Nos. 12 and 13.  That same day, Defendant Lincoln Military Property Management LP filed a motion to dismiss for failure to state a claim and the Court issued a Notice and Order for Early Neutral Evaluation Conference and Case Management Conference.  ECF Nos. 11 and 16.  The Court scheduled the conferences for March 14, 2022.  ECF No. 16.

1

On February 9, 2022, Defendant LMH Holdings, LLC filed a motion to dismiss for defective summons and service of process and failure to state a claim.  ECF No. 21.

On February 17, 2022, the parties filed a Joint Motion to Continue Early Neutral Evaluation and Case Management Conference.  ECF No. 25.  The parties seek to continue the March 14, 2022 conferences to April 1, 2022.  Id. at 3.  In support, the parties state that

> Pendleton has a conflict with this date, as Pendleton's Vice President and General Counsel who is the designated representative to attend Early Neutral Evaluations and Settlement Conferences, and is out of the office at out of state business meetings and unavailable to attend an Early Neutral Evaluation during the entire week of March 14-18, 2022.

Id. at 2; see also ECF No. 25-1, Declaration of Kristin Reyna Dehart In Support of Joint Motion to Continue Early Neutral Evaluation and Case Management Conference at ¶ 2.

Good cause appearing, the parties' motion is **GRANTED IN PART**. The Court is no longer available on April 1, 2022 so the ENE and CMC currently scheduled for March 14, 2022 is **CONTINUED** to **March 25, 2022** at **9:30 a.m.**

No later than **March 15, 2022**, counsel for each party must send an e-mail to the Court at **efile_Major@casd.uscourts.gov** containing the name and title of each participant, an e-mail address for each participant to receive the Zoom video conference invitation, and a telephone number where each participant may be reached.

On or before **March 15, 2022**, the parties must submit via fax or email (**efile_major@casd.uscourts.gov**), confidential statements no more than ten (10) pages[1] in length directly to the chambers of the Honorable Barbara L. Major.

///
///
///
///
///

---

[1] The parties must not append attachments or exhibits to the ENE statement.

In the event the case does not settle during the ENE, the Court will conduct an Initial Case Management Conference. In preparation for this conference, the parties must (1) meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **March 4, 2022**, (2) file a Joint Discovery Plan on the CM/ECF system no later than **March 15, 2022**, and (3) exchange initial disclosures pursuant to Rule 26(a)(1)(A-D) no later than **March 18, 2022**.

All other guidelines and requirements remain as previously set. See ECF No. 16.

**IT IS SO ORDERED**.

Dated: 2/15/2022

Hon. Barbara L. Major
United States Magistrate Judge