UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.C., a minor, by and through her mother, Gretta Caraballo; V.B., a minor, by and through her father, Jeffrey Logan Bradley; Z.M., a minor, by and through his mother, Abigail Merten; GRETTA CARABALLO; REBECCA PATTERSON; and JOHNATHON MERTEN,<br><br>Plaintiffs,<br><br>v.<br><br>LINCOLN MILITARY PROPERTY MANAGEMENT LP; LMH HOLDINGS, LLC; CAMP PENDLETON & QUANTICO HOUSING, LLC; RHEEM MANUFACTURING COMPANY; HONEYWELL INTERNATIONAL, INC.; and DOES 1 through 100,<br><br>Defendants. | Case No.: 21-CV-2070 JLS (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO APPROVE STIPULATION REGARDING PUNITIVE DAMAGES AGAINST RESIDEO TECHNOLOGIES**<br><br>(ECF No. 24) |

Presently before the Court is the Joint Motion for Order Approving Stipulation Regarding Punitive Damages against Defendant Resideo Technologies, Inc., as Successor in Interest to Honeywell International (ECF No. 24). Plaintiffs Rebecca Patterson and

1  V.B., by and through her father Logan Bradley, and Defendant Resideo Technologies, Inc.,
2  as successor in interest to Defendant Honeywell International, Inc. ("Resideo"), entered
3  into a stipulation that Plaintiffs' Complaint (ECF No. 8) does not presently request punitive
4  damages against Resideo.  Good cause appearing, the Court **GRANTS** the Joint Motion.
5  The Stipulation at ECF No. 24 is approved.
6      **IT IS SO ORDERED.**
7  Dated:  February 23, 2022

Hon. Janis L. Sammartino
United States District Judge