UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.C.; V.B.; Z.M.; GRETTA CARABALLO; REBECCA PATTERSON; and JOHNATHON MERTEN,<br><br>Plaintiffs,<br><br>v.<br><br>LINCOLN MILITARY PROPERTY MANAGEMENT LP; LMH HOLDINGS, LLC; CAMP PENDLETON & QUANTICO HOUSING, LLC; LPC PENDLETON QUANTICO HOUSING LLC; RHEEM MANUFACTURING COMPANY; HONEYWELL INTERNATIONAL, INC.; and DOES 1 through 100<br><br>Defendants. | Case No.: 21-CV-2070 JLS (BLM)<br><br>**ORDER VACATING HEARING**<br><br>(ECF Nos. 11, 21) |

Presently before the Court is Defendant Lincoln Military Property Management LP's Motion to Dismiss (ECF No. 11) and Defendant LMH Holdings, LLC's Motion to Dismiss (ECF No. 21). On its own motion, the Court **VACATES** the hearing scheduled for March

17, 2022 at 1:30 p.m. and takes these matters under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: March 10, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge