UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.C.; V.B.; Z.M.; GRETTA CARABALLO; REBECCA PATTERSON; and JOHNATHON MERTEN,<br><br>Plaintiffs,<br><br>v.<br><br>LINCOLN MILITARY PROPERTY MANAGEMENT LP; LMH HOLDINGS, LLC; CAMP PENDLETON & QUANTICO HOUSING, LLC; LPC PENDLETON QUANTICO HOUSING LLC; RHEEM MANUFACTURING COMPANY; HONEYWELL INTERNATIONAL, INC.; and DOES 1 through 100<br><br>Defendants. | Case No.: 21-CV-2070 JLS (BLM)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO STRIKE AND REPLACE EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION TO SEVER**<br><br>(ECF No. 44) |

Presently before the Court is Defendants Camp Pendleton and Quantico Housing, LLC and LPC Pendleton Quantico PM, LP Motion to Strike and Replace Exhibits in Support of Defendants' Motion to Sever (ECF No. 44). Defendants move pursuant to

1

1  Federal Rule of Civil Procedure 12(f) to strike and replace exhibit numbers 6, 12, and 17
2  filed with the Court on May 6, 2022 in support Defendants' Motion to Sever (ECF Nos.
3  43-18, 43-19, 43-20).  These exhibits are medical records that include the minor Plaintiffs'
4  full names and dates of birth in violation of Federal Rule of Civil Procedure 5.2(a).  Good
5  cause appearing, the Court **GRANTS** Defendants' Motion and **STRIKES** Exhibits 6, 12,
6  and 17 appended to Defendants' Motion to Sever (ECF Nos. 43-18, 43-19, 43-20).  The
7  Clerk of the Court **SHALL REPLACE** Exhibits 6, 12, and 17 with the redacted versions
8  included with the present Motion (ECF Nos. 44-1, 44-2, 44-3).

     **IT IS SO ORDERED.**

Dated:  May 11, 2022

                                      Hon. Janis L. Sammartino
                                      United States District Judge