UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.C.; V.B.; Z.M.; GRETTA CARABALLO; REBECCA PATTERSON; and JOHNATHON MERTEN,<br><br>Plaintiffs,<br><br>v.<br><br>LINCOLN MILITARY PROPERTY MANAGEMENT LP; LMH HOLDINGS, LLC; CAMP PENDLETON & QUANTICO HOUSING, LLC; LPC PENDLETON QUANTICO HOUSING LLC; RHEEM MANUFACTURING COMPANY; HONEYWELL INTERNATIONAL, INC.; and DOES 1 through 100<br><br>Defendants. | Case No.: 21-CV-2070 JLS (BLM)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 43) |

Presently before the Court is Defendants Camp Pendleton and Quantico Housing, LLC and LPC Pendleton Quantico PM, LP's Motion to Sever (ECF No. 43). On its own motion, the Court **VACATES** the hearing scheduled for June 16, 2022, at 1:30 p.m. and

1  takes this matter under submission without oral argument pursuant to Civil Local Rule
2  7.1(d)(1).

3  **IT IS SO ORDERED.**

4  Dated:  June 9, 2022

5  Hon. Janis L. Sammartino
6  United States District Judge