1

2

3

4

5

6

7

8

9                          UNITED STATES DISTRICT COURT

10                        SOUTHERN DISTRICT OF CALIFORNIA

11

12   E. C., a minor, by and through her mother,       Case No.:   21CV2070-JLS (BLM)
     Gretta Caraballo, et al.,

13                                                     **ORDER GRANTING JOINT MOTION TO**
                                            Plaintiffs,  **AMEND SCHEDULING ORDER**

14

15   v.                                                **[ECF NO. 51]**

16   LINCOLN MILITARY PROPERTY
     MANAGEMENT LP, et al.,

17
                                           Defendants.

18

19

20        On September 12, 2022, the parties filed a Joint Motion to Amend Scheduling order.  ECF

21   No. 51.  The parties seek to continue the remaining case deadlines by approximately sixty days.

22   Id. at 4.  In support, the parties state that (1) Defendant Lincoln subpoenaed Plaintiff V.B.'s

23   billing records from Rady's Children's Hospital on July 11, 2022 and Plaintiff E.C.'s medical and

24   billing records from Naval Hospital Camp Pendleton on July 20, 2022, but has not received a

25   response, (2) "the Parties have noticed or are in the process of noticing twenty (20)

26   party-related depositions with dates on calendar which presently fill the parties'

27   availability in September 2022, and will not all be able to be completed before the

28   October 17, 2022 deadline, due to the deponents' and counsel's availability," (3) the parties

                                              1

anticipate additional depositions will be needed, (4) the parties anticipate additional written discovery will be necessary when new facts are learned during the depositions, (5) "Lincoln's counsel has an upcoming October 28, 2022 re-trial which is anticipated to impact their availability in October and November 2022," and (6) "Lincoln's lead counsel has learned as of last week that her maternal aunt is dying, which will likely necessitate a trip to Michigan (her location) within the next month." Id. at 4-5; see also ECF No. 51-1, Declaration of Kristin N. Reyna Dehart in Support of Joint Motion to Amend Scheduling Order at ¶¶ 4-5, 8-11.  The parties note that this is their first request to amend the scheduling order.  Id. at 4.

Good cause appearing, the parties' motion is **GRANTED** as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Completion of Fact Discovery | October 17, 2022 | December 16, 2022 |
| Expert Disclosures | November 17, 2022 | January 17, 2023 |
| Rebuttal Disclosures | December 29, 2022 | February 27, 2023 |
| Expert Reports | December 8, 2022 | February 6, 2023 |
| Supplemental Reports | January 17, 2023 | March 20, 2023 |
| Confidential Settlement Statement & Participant List | December 30, 2022 | February 28, 2023 |
| Mandatory Settlement Conference | January 9, 2023 @ 9:30 a.m. | March 10, 2023 @ 9:30 a.m. |
| Completion of Expert Discovery | February 15, 2023 | April 17, 2023 |
| Dispositive Motion Filing | March 15, 2023 | May 15, 2023 |
| Pretrial Disclosures | June 15, 2023 | August 17, 2023 |
| Memo | June 15, 2023 | August 17, 2023 |
| Meet and Confer | June 22, 2023 | August 24, 2023 |
| Proposed Pretrial Order | June 29, 2023 | August 31, 2023 |
| Proposed Final Pretrial Conference Order | July 6, 2023 | September 7, 2023 |

21CV2070-JLS(BLM)

| Pretrial Conference | July 13, 2023 @ 1:30 p.m. | September 14, 2023 @ 1:30 p.m. |
|---|---|---|

All other guidelines and requirements remain as previously set.  ECF No. 41.

**IT IS SO ORDERED**.

Dated:  9/13/2022

Hon. Barbara L. Major
United States Magistrate Judge

3

21CV2070-JLS(BLM)